IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ERICA INGALLS, Individually and as Mother And Next Friend of B.I., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Docket No. 1:14-cv-348-PB |

## STIPULATION OF DISMISSAL

Plaintiff Erica Ingalls, individually and as mother and next friend of B.I., and Defendant, United States of America (collectively, "the parties"), pursuant to the provisions of Fed. R. Civ. P. 41, hereby stipulate to the dismissal of all claims in the above-captioned matter, with prejudice, without costs, and in accordance with the terms and conditions set forth in the parties' Stipulation for Compromise Settlement and Release of Claims.

Respectfully Submitted,

Plaintiff,
Erica Ingalls, Individually and as Mother and Next Friend of B.I.,
By her attorneys,

/s/ Peter M. Durney
Peter M. Durney, NH Bar #8158
pdurney@cornellgollub.com
Julianne C. Fitzpatrick, *pro hac vice*
jfitzpatrick@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

and

/s/ John J. Cronin
John J. Cronin, III NH Bar # 205
jcronin@mcttelecom.com
388 Greenfield Road
Bennington, NH 03442
(603) 588-3000

and

Defendant United States of America,
By its attorneys,

/s/ Lawrence Eiser
Lawrence Eiser
Jennifer Gans
United States Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Ave, NW
Washington, DC 20004
(202) 616-4290

## CERTIFICATE OF SERVICE

    I, Julianne C. Fitzpatrick, attorney for the plaintiff, Erica Ingalls, mother and next friend of B.I., hereby certify that on 27th day of February, 2017, a true copy of the foregoing Stipulation of Dismissal, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served upon anyone indicated as a non-registered participant.

                                          /s/ Julianne C. Fitzpatrick
                                          Julianne C. Fitzpatrick