UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Erica Ingalls</u>

          v.                          Civil No. 14-cv-348-PB

<u>United States of America</u>

## **J U D G M E N T**

Judgment is hereby entered in according with the following:

1. Order by Judge Paul Barbadoro dated December 14, 2016, approving settlement;

2. Endorsed Order by Judge Paul Barbadoro dated December 16, 2016, granting the assented to amendment to the December 14, 2016 Order Approving Settlement; and

3. Stipulation of Dismissal dated February 27, 2017.

                                                  By the Court,

                                                  Daniel J. Lynch, Clerk
                                                  United States District Court

Date: February 27, 2017

cc:     Counsel of Record